UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD EDWARD LUTZ, | ) | CASE NO. 1:13cv1904 |
| | ) | |
| | ) | |
| PETITIONER, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | MEMORANDUM OF OPINION |
| | ) | AND ORDER |
| MAGGIE BRADSHAW, et al, | ) | |
| | ) | |
| | ) | |
| RESPONDENT. | ) | |

On August 29, 2013, *pro se* petitioner Ronald Edward Lutz, a state prisoner at the Richland Correctional Institution in Mansfield, Ohio, filed the above-captioned habeas corpus action. For the reasons stated below, this action is dismissed.

A federal district court may entertain a petition for a writ of habeas corpus by a person in state custody only on the ground that the custody violates the Constitution or laws of the United States. Furthermore, the petitioner must have exhausted all available state remedies. 28 U.S.C. § 2254.

Petitioner does not set forth any intelligible bases or grounds for relief. As the petition raises no issues cognizable in habeas corpus, the petition is denied and this action is dismissed pursuant to 28 U.S.C. § 2243. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is

no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

      **IT IS SO ORDERED**.


Dated: November 21, 2013

      **HONORABLE SARA LIOI**
      **UNITED STATES DISTRICT JUDGE**